JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JEZZINI, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MUTUAL OF OMAHA INSURANCE COMPANY, a Nebraska Corporation, and DOES 1 through 10, inclusive,<br><br>　　　　Defendant. | Case No.: CV 12-491-GW(JEMx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>[FRCP 41(a)]<br><br>Complaint Filed: December 15, 2011 |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

s:\gw\civil\jezzini 12-491\la12cv00491gw-o js-6.doc

# ORDER

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed with prejudice as to all defendants (subject to the terms of the settlement agreement). Each party shall bear his or its own attorneys' fees and costs. The court shall retain jurisdiction to enforce the terms of the settlement agreement.

**IT IS SO ORDERED.**

Dated: August 3, 2012

_____
GEORGE H. WU,
UNITED STATES DISTRICT JUDGE